# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT TO OBTAIN RECORDS, LOCATON INFORMATION, INCLUDING PRECISION LOCATION INFORAMATION CELL SITE INFORMATION, AND OTHER SIGNALING INFORATION ASSOCIATED WITH THE AT&T CELLULAR TELEPHONE HAVING THE NUMBER (573) 450-6968, with IMSI NUMBER 310410161920981. | No. 1:19MJ4093ACL |

## ORDER TO UNSEAL SEARCH WARRANT DOCUMENTS

This matter comes before the Court pursuant to a motion by the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Tim J. Willis, Assistant United States Attorney for said District, requesting the unsealing of the search warrant(s) along with its affidavit, application and return and other related documents.

IT IS ORDERED that the search warrant, along with its affidavit, application and return and other related documents, presently sealed, be unsealed.

_____
ABBIE CRITES-LEONI
United States Magistrate Judge

Dated this   28th   day of December, 2021.

Case 1:19-ap-01093-CB Doc 7 Filed 12/28/21 Page 2 of 2 Page ID #: 78

2